IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Karen Yeh Ho aka Karen Ching
Hsien Yeh Ho

_(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

-against-

Fifteenth Judicial Circuit In and For
Palm Beach County, Florida
C/o The Honorable Krista Max

_(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

**Complaint for a Civil Case**

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: ☒ Yes ☐ No
           _(check one)_

FILED BY ___ D.C.

JUN 09 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Karen Yeh Ho

Street Address    6826 FIJI CIRCLE

City and County    Boynton Beach, FL

State and Zip Code    Florida, FL 33437

Telephone Number    (561) 460-1989

E-mail Address    LAFRC @ YAHOO.COM

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name    FIFTEENTH JUDICIAL CIRCUIT

Job or Title (if known)    In and For Palm Beach County c/o The Honorable. Krista Marx

Street Address    205 North Dixie Highway

City and County    West Palm Beach, FL 33401

State and Zip Code    Florida, 33401

Telephone Number    (561) 355-7814

E-mail Address (if known)

Defendant No. 2

Name

Job or Title (if known)

Street Address

City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

*42 U.S.C. § 1983*

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*42 U.S.C. 1983  Violation of Civil Rights*
*False Imprisonment and Malicious Prosecution violation*
*of United States 4th, 5th, 14th Amendment*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Karen Yeh Ho , is a citizen of the State of *(name)* United States .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a ~~corporation~~ Florida State Agency

*Florida State Agency*

The defendant, *(name)* Fifteenth Judicial Circuit is ~~incorporated~~ under the laws of the State of *(name)* Florida_____, and has its principal place of business in the State of *(name)* Florida_____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

More than $75,000_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Constitutionally Protected Right: The right to be free from unlawful arrest and imprisonment is such a protected right under the Fourth and Fourteenth Amendments, a violation of which may ~~from~~ form the basis for a 42 U.S.C. § 1983 claim. Karen Yeh Ho was illegally incarcerated in Palm Beach County Jail on 12/8/2017, 12/19/2017, 12/20/2017, 12/21/2017, 12/22/2017, 12/23/2017, 12/24/2017, 12/25/2017, 12/26/2017, 12/27/2017, 12/28/2017, 12/29/2017, 12/30/2017, 12/31/2017, 1/1/2018, 1/2/2018, 1/3/2018.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wherefore, Plaintiff, Karen Yeh Ho, pro se, respectfully demands Judgment against the Defendant for compensatory damages and costs of this action and request for a jury trial on all issues so triable

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 9 , 2020

Signature of Plaintiff

Printed Name of Plaintiff Karen Yeh Ho, Pro se

Notary

### B. For Attorneys

Date of signing: , 20 .

X

TREVOR JEFFREY CORLEY
Notary Public - State of Florida
Commission # GG 961090
My Comm. Expires Feb 23, 2024
Bonded through National Notary Assn.

ID FL DL 798-0

6

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____   N/A

Address  _____

Telephone Number  _____

E-mail Address  _____